EDWARD R. BOOTH, Appellant, *v.* CARRIE H. FORDHAM et al., Respondents, Impleaded with Others.

*Booth* v. *Fordham*, 100 App. Div. 115, affirmed.
(Argued April 5, 1906; decided May 1, 1906.)

APPEAL from a judgment entered June 14, 1905, upon an order of the Appellate Division of the Supreme Court in the

fourth judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendants and granting a new trial and directed judgment for the defendants upon the verdict in an action for the partition of farm lands.

*George P. Decker* for appellant.

*John P. Morse* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.